IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>R. SALAO; SERGEANT WILLIAMS; T. SMITH; CAPTAIN MUNIA; SERGEANT B. PETERSON; LIEUTENANT R.H. BOCELLA; CHIEF DEPUTY WARDEN B. HENDRICK; CAPTAIN G. BIAGGINI; PARK, M.S.W. ; DRUG TESTING COORDINATOR DAMONS;<br><br>    Defendants.<br>_____/ | No. C 10-3474 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

    Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

    IT IS HEREBY ORDERED THAT: Steven R. Lowenthal, Esq., and Christopher Wheeler, Esq., and the law firm of Farella, Braun and Martel, L.L.P., 235 Montgomery Street, San Francisco, California 94104, are appointed as counsel for plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **April 21, 2011 at 3:00 p.m.** in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than **April 14,**

1  **2011**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9.

2  Any request to reschedule the date of the conference must be made in writing upon a
3  showing of good cause, preferably by stipulation, and not later than **April 12, 2011**.

4  The clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this
5  order upon counsel for both parties.

6  **IT IS SO ORDERED.**

7  Dated: March 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GRAY3474.APT.wpd