Steven R. Lowenthal (State Bar No. 104655)
  slowenthal@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
  cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
KENNETH W. GRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH W. GRAY,<br><br>                    Plaintiff,<br><br>           vs.<br><br>R. SALAO; SERGEANT WILLIAMS; T. SMITH; CAPTAIN MUNIA; SERGEANT B. PETERSON; LIEUTENANT R.H. BOCELLA; CHIEF DEPUTY WARDEN B. HENDRICK; CAPTAIN G. BIAGGINI; PARK, M.S.W.; DRUG TESTING COORDINATOR DAMONS,<br><br>                    Defendants. | Case No.  CV-10-3474 WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:   9<br>Judge:           Hon. William Alsup<br><br>Trial Date:    None Set |

Under Civil Local Rules 6-2(a) and 7-12, Plaintiff Kenneth W. Gray ("Plaintiff"), and Defendants Belinda Hedrick, Gary Biaggini, William Muniz, Travis Smith, Tramaine Williams, Brian Peterson, Melissa Park, Ronaldo Salao and Robin Boccella (collectively, "Defendants"), through their respective attorneys of record, stipulate as follows:

Plaintiff filed his Complaint in this action on August 9, 2010;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC
Case No. CV-10-3474 WHA

26528\2573576.1

1  On September 27, 2010, the United States District Court for the Northern District of
2  California, Judge William Alsup presiding, entered an order of service and referred Plaintiff to
3  the Federal Pro Bono Project;
4  Also on September 27, 2010, this Court entered an order granting Plaintiff's application to
5  proceed in forma pauperis;
6  On March 10, 2011, this Court (1) appointed Steven Lowenthal and Christopher Wheeler
7  of Farella Braun + Martel, LLP *pro bono* counsel for Plaintiff and (2) set the Case Management
8  Conference in this action for April 21, 2011 (with the filing of the joint case management
9  statement by April 14, 2011);
10  Plaintiff is incarcerated in Salinas Valley Prison and counsel for Plaintiff is unable to meet
11  with him without the permission of the Salinas Valley Prison;
12  On March 24, 2011, counsel for Plaintiff requested permission from the Salinas Valley
13  Prison to meet with Plaintiff;
14  On April 6, 2011, counsel for Plaintiff learned that the Salinas Valley Prison had granted
15  their request to meet with Plaintiff; and
16  Counsel for Plaintiff is scheduled to meet with Plaintiff on April 12, 2011.
17  The inability of Plaintiff's counsel to meet with Plaintiff prior to April 12, 2011 presenting
18  good cause, the parties STIPULATE, AND JOINTLY REQUEST THE COURT TO APPROVE
19  that the Case Management Conference be continued to May 26, 2011 at 3:00 p.m., with the
20  parties' joint case management statement to be filed no later than May 19, 2011.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC      - 2 -      26528\2573576.1
Case No. CV-10-3474 WHA

| | |
|---|---|
| DATED: April 11, 2011 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/<br>Christopher C. Wheeler |
| | Attorneys for Plaintiff<br>KENNETH W. GRAY |
| DATED: April 8, 2011 | KAMALA D. HARRIS<br>Attorney General of California<br>MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| | By: /s/<br>BRENDAN M. KENNY<br>Deputy Attorney General |
| | Attorneys for Defendants<br>BIAGGINI, BOCCELLA, HEDRICK, MUNIZ, PARK, PETERSON, SALAO, SMITH and WILLIAMS |

I attest that concurrence in the filing of this Stipulation has been obtained from counsel for Defendants.

| | |
|---|---|
| DATED: April 11, 2011 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/<br>Christopher C. Wheeler |
| | Attorneys for Plaintiff<br>KENNETH W. GRAY |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for April 21, 2011 at 3:00 p.m. is continued to May 26, 2011 at 3:00 p.m. The parties' joint case management statement shall be filed no later than May 19, 2011. THERE WILL BE NO FURTHER CONTINUANCES.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 12, 2011.

William H. Alsup
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge William Alsup

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
Case No. CV-10-3474 WHA

- 3 -

26829\2573576.1