**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KENNETH WAYNE GRAY,                          No. C 10-03474 WHA

11                 Plaintiff,

12        v.                                      **ORDER DENYING MOTION TO**
                                                  **STAY DISCOVERY PENDING**
13   R. SALAO, *et al.*,                          **DECISION ON MOTION TO DISMISS**

14                 Defendants.

15   _____/

16           Defendants move to stay discovery pending a decision on their motion to dismiss, which

17   is set for a hearing on June 16. Defendants seek this stay because "it would be unduly

18   burdensome for Defendants to respond to discovery before the Court resolves their motion to

19   dismiss . . . [and] [a]ll parties will save significant time and money if they can avoid conducting

20   ultimately unnecessary discovery." This rationale would allow for a stay of discovery in *any* case

21   when *any* motion is pending. A decision on defendants' motion to dismiss will be rendered

22   promptly when it becomes ripe. Good cause not shown, defendants' motion for a stay of

23   discovery is **DENIED**.

24

25           **IT IS SO ORDERED.**

26

27   Dated: May 17, 2011.                         _____
                                                  WILLIAM ALSUP
28                                                UNITED STATES DISTRICT JUDGE