UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH W. GRAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>RONALDO SALAO; SGT. TRAMAINE WILLIAMS; TRAVIS SMITH; CAPT. WILLIAM MUNIZ; SGT. BRIAN PETERSON; LT. ROBIN BOCELLA; CHIEF DEPUTY WARDEN BELINDA HEDRICK; CAPT. GARY BIAGGINI; MELISSA PARK; DRUG TESTING COORDINATOR DAMONS,<br><br>            Defendants. | Case No.  CV-10-3474 WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:          Hon. William Alsup<br>Courtroom:    9<br>Complaint Filed:   August 9, 2010 |

WHEREAS, pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Kenneth W. Gray ("Plaintiff"), and Defendants Belinda Hedrick, Gary Biaggini, William Muniz, Travis Smith, Tramaine Williams, Brian Peterson, Melissa Park, Ronaldo Salao and Robin Boccella (collectively, "Defendants"), through their respective attorneys of record, hereby stipulate as follows:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION
Case No. CV-10-3474 WHA

26528\2615658.1

1     WHEREAS, the Court granted a continuance of the Case Management Conference until
2 May 26, 2011;

3     WHEREAS, Defendant filed a Motion to Dismiss this action on May 12, 2011 scheduling
4 hearing on the Motion for June 16;

5     WHEREAS, Plaintiff's last day to file an Opposition Brief given the current calendared
6 hearing date would be May 26, 2011, the day of the Case Management Conference;

7     WHEREAS, Plaintiff seeks to file an amended complaint which may address some of the
8 issues Defendants raise in the Motion to Dismiss and which may itself raise new issues;

9     WHEREAS, Plaintiff, seeking to avoid unnecessary and duplicative work on the part of
10 counsel and the Court, intends to raise at the Case Management Conference on May 26, 2011 the
11 questions regarding timing of the Amended Complaint and the Motion to Dismiss;

12     WHEREAS, continuing the hearing date will not effect the schedule for the case as no
13 schedule has yet been set;

14     THEREFORE, the inability of Plaintiff's counsel to resolve this scheduling issue with the
15 Court prior to the date the Opposition Brief is due presenting good cause, the parties hereby
16 STIPULATE AND JOINTLY REQUEST THE COURT TO APPROVE that the hearing on the
17 Motion to Dismiss be continued to June 23, 2011 at 2:00 p.m., with the Plaintiff's Opposition
18 Brief to be filed no later than June 2, 2011 and Defendants' Reply Brief to be filed no later than
19 June 9, 2011.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION
Case No. CV-10-3474 WHA

- 2 -

26528\2615658.1

| | |
|---|---|
| DATED: May 19, 2011 | FARELLA BRAUN + MARTEL LLP |
| I attest that concurrence in the filing of this Stipulation has been obtained from counsel for Defendants. | By:     /s/<br>        Benjamin J. Sitter |
| | Attorneys for Plaintiff<br>KENNETH W. GRAY |
| DATED: May 19, 2011 | KAMALA D. HARRIS<br>Attorney General of California<br>MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| | By:     /s/<br>        BRENDAN M. KENNY<br>        Deputy Attorney General |
| | Attorneys for Defendants<br>RONALDO SALAO, TRAMAINE WILLIAMS, TRAVIS SMITH, WILLIAM MUNIZ, BRIAN PETERSON, ROBIN BOCELLA, BELINDA HEDRICK, GARY BIAGGINI, and MELISSA PARK |

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the hearing on Defendants' Motion to Dismiss scheduled for June 16, 2011 at 2:00 p.m. is continued to June 23, 2011 at 2:00 p.m.  Plaintiff's Opposition Brief shall be filed no later than June 2, 2011 and Defendants' Reply Brief shall be filed no later than June 9, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 19, 2011.

_____
William Alsup
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION
Case No. CV-10-3474 WHA
- 3 -
26528\2615658.1