1  KAMALA D. HARRIS
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  BRENDAN M. KENNY
   Deputy Attorney General
4  State Bar No. 237969
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5744
6   Fax: (415) 703-5480
    E-mail:  Brendan.Kenny@doj.ca.gov
7
   *Attorneys for Defendants Biaggini, Boccella,*
8  *Hedrick, Muniz, Park, Peterson, Salao, Smith, and*
   *Williams*
9
   Steven R. Lowenthal (State Bar No. 104655)
10   slowenthal@fbm.com
   Benjamin J. Sitter (State Bar No. 273394)
11   bsitter@fbm.com
   FARELLA BRAUN + MARTEL LLP
12 235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
13 Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
14
   Attorneys for Plaintiff
15 KENNETH W. GRAY

16           IN THE UNITED STATES DISTRICT COURT

17        FOR THE NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19

20
   **KENNETH WAYNE GRAY,**                  C 10-3474 WHA
21
                              Plaintiff,   **STIPULATION AND [PROPOSED]**
22                                         **ORDER TO CHANGE DUE DATE FOR**
                                           **PLAINTIFF'S OPPOSITION TO**
23        v.                               **DEFENDANTS' MOTION TO DISMISS,**
                                           **AND HEARING ON MOTION**
24 **R. SALAO, et al.,**

25                            Defendants.  Judge        The Honorable William Alsup
                                           Trial Date:   January 23, 2012
26                                         Action Filed: August 9, 2010

27

28
                                    1
   ─────────────────────────────────────────────────────────────────
   Stip. & [Proposed] Order Change Mot. Dismiss Opp. & Hearing        *Gray v. Salao* (C 10-3474 WHA)

1    Under Civil Local Rules 6-2(a) and 7-12, the parties request that this Court change the

2    hearing date on Defendants' motion to dismiss to September 8, 2011, and the due date for

3    Plaintiff Kenneth Gray's opposition to the motion to August 18, 2011.

4    On July 21, 2011, Defendants filed a motion to dismiss Mr. Gray's complaint.  (Docket

5    Nos. 30–32.)  Defendants set the motion to be heard on August 25, 2011.  Mr. Gray's opposition

6    to the motion is due on August 4, 2011.

7    The parties recently discovered that this Court is unavailable on August 25, 2011, and will

8    not be available to hear the motion until September 1, 2011.

9    Gray's counsel recently contacted defense counsel and requested that he stipulate to

10   extending the time for Mr. Gray to file an opposition by two weeks, making the due date for the

11   opposition August 18, 2011.  Mr. Gray's counsel indicated that a busy discovery schedule in this

12   case and in other cases would make it difficult for him to file an opposition by August 4.  Mr.

13   Gray's counsel has concurrently filed a declaration in support of this declaration.

14   Based on these facts, the parties jointly request that this Court extend the time for Mr. Gray

15   to file an opposition to Defendants' motion from August 4 to August 18, and move the hearing on

16   the motion from August 25 to September 8.

17   SO STIPULATED:

18   I represent that concurrence in the filing of
     this document has been obtained from each
19   of the other signatories.                    DATED:  July 27, 2011
                                                  /s/ Benjamin Sitter
20
                                                  BENJAMIN SITTER
21                                                Attorney for Plaintiff Kenneth Gray

22
                                                  DATED:  July 27, 2011
23
                                                  /s/ Brendan Kenny
24                                                BRENDAN KENNY
                                                  Deputy Attorney General
25                                                Attorney for Defendants Biaggini, Boccella,
                                                  Hedrick, Muniz, Park, Peterson, Salao, Smith, and
26                                                Williams

27

28

Stip. & [Proposed] Order Change Mot. Dismiss Opp. & Hearing            *Gray v. Salao*  (C 10-3474 WHA)

1    IT IS SO ORDERED:

2    Plaintiff's opposition is now due by noon on August 18, 2011, defendants' reply is due by noon
     on August 25, 2011, and the hearing is set for September 8, 2011, at 8:00 a.m.

3    DATED: _____July 28, 2011._____

4

5    _____
     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stip. & [Proposed] Order Change Mot. Dismiss Opp. & Hearing          *Gray v. Salao*  (C 10-3474 WHA)