KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
BRENDAN M. KENNY
Deputy Attorney General
State Bar No. 237969
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5744
 Fax: (415) 703-5480
 E-mail: Brendan.Kenny@doj.ca.gov
*Attorneys for Defendants Biaggini, Boccella, Hedrick, Muniz, Park, Peterson, Salao, Smith, and Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KENNETH WAYNE GRAY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. SALAO, et al.,**<br><br>Defendants. | C 10-3474 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DUE DATE FOR DEFENDANTS' REPLY REGARDING DEFENDANTS' SUMMARY-JUDGMENT MOTION**<br><br>Judge   The Honorable William Alsup<br>Trial Date:   January 23, 2012<br>Action Filed:   August 9, 2010 |

Under Civil Local Rules 6-2(a) and 7-12, the parties request that this Court change the due date for Defendants' reply regarding their summary-judgment motion from November 28, 2011 to December 1, 2011.

On November 3, 2011, Defendants filed a summary-judgment motion. (Docket Nos. 44–54.) Defendants set the motion to be heard on December 8, 2011. Defendants' reply regarding their summary-judgment motion is due on November 28, 2011, based on federal-court holidays.

The parties tentatively agreed to settle the case on November 23, 2011, subject to the approval of Plaintiff Kenneth Gray.

///

1

Stip. & [Proposed] Order Change Defs.' Reply re Mot. Summ. J. (C 10-3474 WHA)

Based on these facts, the parties jointly request that this Court extend the time for Defendants to file a reply regarding Defendants' summary-judgment motion from November 28, 2011, to December 1, 2011.

SO STIPULATED:

DATED: November 28, 2011

/s/ Benjamin Sitter_____
BENJAMIN SITTER
Attorney for Plaintiff Kenneth Gray

DATED: November 28, 2011

/s/ Brendan Kenny_____
BRENDAN KENNY
Deputy Attorney General
Attorney for Defendants Biaggini, Boccella, Hedrick, Muniz, Park, Peterson, Salao, Smith, and Williams

PURSUANT TO STIPULATION, the Court will extend the time for defendants to file a reply from November 28, 2011, to November 29, 2011.

Dated: November 28, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

SF2010202726
20563427.doc