IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KENNETH WAYNE GRAY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**R. SALAO, et al.,**<br><br>　　　　　　　　　　　Defendants. | C 10-3474 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　The parties voluntary stipulate to the dismissal with prejudice of Biaggini, Boccella, Hedrick, Muniz, Park, Peterson, Salao, Smith, and Williams from this action under Federal Rule of Civil Procedure 41(a), and each party shall bear his own attorneys' fees and costs.

Dated: November 29, 2011　　　　/s/
　　　　　　　　　　　　　　　　BENJAMIN J. SITTER
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Kenneth Wayne Gray

Dated: November 29, 2011　　　　/s/ Brendan M. Kenny
　　　　　　　　　　　　　　　　BRENDAN M. KENNY
　　　　　　　　　　　　　　　　Attorney for Defendants Biaggini, Boccella, Hedrick, Muniz, Park, Peterson, Salao, Smith and Williams

IT IS SO ORDERED.

Dated: December 1, 2011.

　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE