IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KENNETH WAYNE GRAY,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**R. SALAO, et al.,**<br><br>                                   Defendants. | C 10-3474 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |

The parties voluntary stipulate to the dismissal with prejudice of Biaggini, Boccella, Hedrick, Muniz, Park, Peterson, Salao, Smith, and Williams from this action under Federal Rule of Civil Procedure 41(a), and each party shall bear his own attorneys' fees and costs.

Dated: November 29, 2011         /s/
                                 BENJAMIN J. SITTER
                                 Attorneys for Plaintiff Kenneth Wayne Gray

Dated: November 29, 2011         /s/ Brendan M. Kenny
                                 BRENDAN M. KENNY
                                 Attorney for Defendants Biaggini, Boccella, Hedrick,
                                 Muniz, Park, Peterson, Salao, Smith and Williams

IT IS SO ORDERED.

Dated: December 1, 2011.
                                 _____
                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE